NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1057

CARITAS TECHNOLOGIES, INC.,

Plaintiff-Appellant,

v.

COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC,
COMCAST IP PHONE, LLC (doing business as Comcast Digital Voice),
and COMCAST IP PHONE II, LLC, (doing business as Comcast Digital Voice),

Defendants-Appellees.

Kerry L. Timbers, Bromberg & Sunstein LLP, of Boston, Massachusetts, argued for plaintiff-appellant. With him on the brief were Lee Carl Bromberg, Karen A. Buchanan, and Meredith L. Ainbinder.

Daralyn J. Durie, Keker & Van Nest LLP, of San Fransisco, California, argued for defendanst-appellees. With him on the brief were Asim M. Bhansali, and Matthias A. Kamber.

Appealed from: United States District Court for the Eastern District of Texas

Judge David J. Folsom

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1057

CARITAS TECHNOLOGIES, INC.,

Plaintiff-Appellant,

v.

COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC,
COMCAST IP PHONE, LLC (doing business as Corncast Digital Voice),
and COMCAST IP PHONE II, LLC, (doing business as Corncast Digital Voice),

Defendants-Appellees.

# JUDGMENT

ON APPEAL from the       United States District Court for
the Eastern District of Texas

In CASE NO(S).          2:05-CV-339

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, RADER, and PROST, <u>Circuit Judges</u>).

<u>AFFIRMED</u>.   <u>See</u> Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED: <u>August 17, 2007</u>          /s/  Jan Horbaly
                                  Jan Horbaly, Clerk